UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE SHELDON,
Born Shapiro Member of Legal
De Jure Legal Sovereignty in
North America,

      Plaintiff,

v.                                      Case No. 8:20-cv-2526-T-60SPF

SHERI MARIE GOLDEN SHELDON,
et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on November 2, 2020. (Doc. 3). Judge Flynn recommends Plaintiff's construed motion for leave to proceed *in forma pauperis* (Doc. 2) be denied, and that his amended complaint (Doc. 1) be deemed frivolous and dismissed with prejudice. No objection has been filed to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the

findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Flynn's report and recommendation, in conjunction with an independent examination of the file, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Flynn's detailed and well-reasoned factual findings and legal conclusions. Consequently, Plaintiff's *in forma pauperis* motion is denied, and the complaint is deemed frivolous and dismissed with prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Flynn's report and recommendation (Doc. 3) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's construed motion for leave to proceed *in forma pauperis* (Doc. 2) is hereby **DENIED**.

(3) Plaintiff's complaint (Doc. 1) is deemed frivolous and **DISMISSED WITH PREJUDICE**.

(4) The Clerk is directed to terminate any pending motions and deadlines, and

thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of January, 2021.

*/s/ Tom Barber*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**